IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CHRISTOPHER LEWIS | : | Civil Action No. 4:13-CV-00604 |
|---|---|---|
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CORIZON, INC., *et. al.*, | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**ORDER**

June 10, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the May 28, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 7.

Magistrate Judge Schwab's report and recommendation recommended that plaintiff's complaint be dismissed but allowed plaintiff the opportunity to amend the complaint consistent with those findings. Subsequently, on June 7, 2013, plaintiff filed a letter with the Court requesting that his complaint be withdrawn. ECF No. 9. This Court agrees with the sound reasoning of the magistrate judge's analysis and also considers that the plaintiff no longer wishes to pursue his claims.

1

Accordingly, the May 28, 2013 report and recommendation will be adopted in its entirety and this action will be dismissed without prejudice.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's May 28, 2013 Report and Recommendation is ADOPTED in full. ECF No. 7.

2. The action is DISMISSED without prejudice.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge